## Commonwealth *v.* Evans, Appellant.

Argued June 12, 1970. *Daniel L. Quinlan, Jr.,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *Paul W. Tressler,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Fay, Appellant.

Submitted June 8, 1970. *John Fay,* appellant, in propria persona; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.